IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Zulfikar Manji, | ) | Case No.: 7:08-31-HFF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| Connecticut General Life Insurance Company, | ) ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER COMES BEFORE THE COURT** by way of the parties' request to extend the deadline within which they must mediate the case to September 3, 2008.  The parties request an extension for reasons personal to defense counsel.  The parties have advised the court that they can schedule a mediation for September 3, 2008 and that they would like to explore settlement at or before mediation before preparing a joint stipulation.  Accordingly, the parties have asked for the deadline to file the joint stipulation to be moved to September 18, 2008.  For good cause shown, the court does believe that an extension of time within which to mediate and to file a joint stipulation pursuant to the court's specialized case management order is warranted.  Therefore, the court hereby extends the deadline by which the parties must mediate to September 3, 2008 and to file a joint stipulation in the matter *sub judice* and brief the case to September 18, 2008.

**WHEREFORE, it is ORDERED, ADJUDGED AND DECREED** that the parties' deadlines by which they are ordered to mediate and to file a joint stipulation pursuant to the court's specialized case management order in the matter *sub judice* are hereby extended as

set forth above. In all other regards, the parties shall comply with the specialized case management order.

        **AND, IT IS SO ORDERED.**

<u>s/Henry F. Floyd</u>
The Honorable Henry F. Floyd
United States District Judge

Date:  July 8, 2008